UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SUSAN SHAW

        Plaintiff,

-v-                                              CASE NO.    2:10-CV-125-FtM-36SPC

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.
_____/

## ORDER ON PETITION TO PROCEED *IN FORMA PAUPERIS*

**THIS CAUSE** is before the Court on Plaintiff's Application to Proceed *In Forma Pauperis* filed on February 25, 2010. (Doc. # 2). Having reviewed the Plaintiff's application to proceed *in forma pauperis* and supporting affidavit, the Court finds the Plaintiff is a pauper, and is entitled to proceed on the Complaint without the payment of a filing fee.

Accordingly, it is now

**ORDERED**:

(1) The Clerk of Court shall mail summonses and Marshall 285 forms to the Plaintiff. Plaintiff shall complete and mail the forms to the Clerk of Court within **fifteen [15] days** of the date of this order.

(2) The Clerk shall then provide the completed forms to the United States Marshal. Upon receipt of the completed forms, **the United States Marshal is directed to serve them upon the**

1

**Defendant(s) without cost to the Plaintiff.**

**DONE and ORDERED** in Chambers, Fort Myers, Florida, this _2nd__ day of March, 2010

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

The Court Requests that the Clerk
of Court Mail or Deliver Copies of
this Order to All Counsel of Record
and Pro Se Litigants